RECEIVED
IN LAKE CHARLES, LA

APR 26 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ADAM BRENT WALLACE<br>B.O.P. # 16069-043 | * | CIVIL ACTION NO. 2:15-cv-2144 |
| v. | * | JUDGE MINALDI |
| UNITED STATES ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Wallace's Objections (Rec. Doc. 8), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Wallace's complaint is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 23 day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE